UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY 11  PM 3:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ es _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JORGE JIMENEZ-ROSALES(2),<br><br>                Defendant. | CASE NO. 10CR1388-IEG<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case 10CR1710-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 5/6/2010

                                    BARBARA L. MAJOR
                                    UNITED STATES DISTRICT JUDGE

                                ENTERED ON _____